**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01536-LTB-CBS

JUDITH KAHLE,
      Plaintiff,

v.

ADAMS COUNTY BOARD OF COMMISSIONERS, in their official capacities, and
JOHN LEFEBVRE, in his individual capacity,
      Defendants.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (filed July 29, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                     BY THE COURT:

                                          s/Lewis T. Babcock
                                       Lewis T. Babcock, Chief Judge

DATED: July 29, 2005